# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 21, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

161716

RENEE SWAIN,
      Plaintiff-Appellee,

v

MICHAEL MORSE,
      Defendant-Appellant,

and

MARK ZARKIN and STEVEN LELLIS ON
THE GREEN, LLC,
      Defendants-Appellees.

SC: 161716
COA: 346850
Oakland CC: 2017-158765-CZ

_____/

      On order of the Court, the application for leave to appeal the June 11, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 21, 2021 _____



s0414

Clerk